# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

11089388
$10.44
2/22/10

FILED FEB 22 2010 BANKRUPTCY COURT BUFFALO, NY

February 19, 2010

TO: Creditors of Ethan C. Taylor and Kelly A. Taylor,
Debtors
Case No. 09-12056K
United States Bankruptcy Court
Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

Mark S. Wallach
BY:
Mark S. Wallach, Trustee

MSW:sn

Enclosure

# Claims Proposed Distribution

## Case: 09-12056   TAYLOR, ETHAN C.

Report Includes ONLY Claims with a Proposed Distribution

Case Balance: $2,000.20    Total Proposed Payment: $2,000.20    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | MARK S. WALLACH <2200-00 Trustee Expenses> | Admin Ch. 7 | 5.00 | 5.00 | 0.00 | 5.00 | 5.00 | 1,995.20 |
|  | MARK S. WALLACH <2100-00 Trustee Compensation> | Admin Ch. 7 | 500.05 | 500.05 | 0.00 | 500.05 | 500.05 | 1,495.15 |
|  | PENNEY, MAIER & WALLACH <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 10.44 | 10.44 | 0.00 | 10.44 | 10.44 | 1,484.71 |
|  | PENNEY, MAIER & WALLACH <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 208.00 | 208.00 | 0.00 | 208.00 | 208.00 | 1,276.71 |
| 1 | Cornerstone Community Federal Credit Union | Unsecured | 7,384.36 | 7,384.36 | 0.00 | 7,384.36 | 159.90 | 1,116.81 |
| 2 | Cornerstone Community Federal Credit Union | Unsecured | 1,785.79 | 1,785.79 | 0.00 | 1,785.79 | 38.67 | 1,078.14 |
| 3 | Cornerstone Community Federal Credit Union | Unsecured | 232.30 | 232.30 | 0.00 | 232.30 | 5.03 | 1,073.11 |
| 4 | Capital Recovery III LLC as Assignee of Best Buy | Unsecured | 1,753.86 | 1,753.86 | 0.00 | 1,753.86 | 37.98 | 1,035.13 |
| 5 | Dell Financial Services L.L.C. | Unsecured | 1,180.25 | 1,180.25 | 0.00 | 1,180.25 | 25.56 | 1,009.57 |
| 6 | MAPLE GATE ANESTHESIOLOGISTS | Unsecured | 116.00 | 116.00 | 0.00 | 116.00 | 2.51 | 1,007.06 |
| 7 | Midland Credit Management, Inc. | Unsecured | 138.42 | 138.42 | 0.00 | 138.42 | 3.00 | 1,004.06 |
| 8 | Chase Bank USA, N.A. | Unsecured | 2,131.47 | 2,131.47 | 0.00 | 2,131.47 | 46.16 | 957.90 |
| 10 | U.S. DEPARTMENT OF EDUCATION | Unsecured | 42,518.99 | 42,518.99 | 0.00 | 42,518.99 | 920.73 | 37.17 |
| 11 | American Express Bank FSB | Unsecured | 942.99 | 942.99 | 0.00 | 942.99 | 20.42 | 16.75 |
| 13 | PRA Receivables Management, LLC | Unsecured | 545.85 | 545.85 | 0.00 | 545.85 | 11.82 | 4.93 |
| 14 | Verizon | Unsecured | 227.46 | 227.46 | 0.00 | 227.46 | 4.93 | 0.00 |

